

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00694-CV

**IN RE CAMP MYSTIC, INC.** and Richard G. **EASTLAND**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  October 5, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On September 20, 2011, relator filed a petition for writ of mandamus, asking this court to review the trial court's August 6, 2011 statement of reasons for granting a partial new trial. Following *Columbia*, mandamus review is available when a trial court fails to clearly specify the reasons for granting a new trial following a jury verdict. *See In re Columbia Med. Ctr. of Las Colinas*, 290 S.W.3d 204, 215 (Tex. 2009) (orig. proceeding). However, relator contends that while the trial court complied with *Columbia* to the extent that it specified the reasons for granting a partial new trial, *Columbia* supports further review of the merits of the trial court's reasons. *Id.* We disagree that *Columbia* broadens our mandamus review to include a review of the trial court's reasoning. We read *Columbia* to only provide mandamus relief when the trial

---

[1] This proceeding arises out of Cause No. 11-0527-B, styled *Stacy Eastland, et al. v. Camp Mystic, Inc., et al.*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding. However, the order complained of was signed by the Honorable David Peeples, visiting judge.

court fails to specify the reasons for granting a new trial, not to provide a merit-based review on mandamus.  *Id.*  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM